DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BERTHOLE EUGENE**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D18-3139

[January 3, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 062002CF007601A88810.

Berthole Eugene, South Bay, pro se.

No appearance required of appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CIKLIN and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***